MAY 20, 1996

No. 94–1247. HOSPITALITY INVESTMENTS OF PHILADELPHIA, INC. *v.* PENNSYLVANIA STATE POLICE, BUREAU OF LIQUOR CONTROL ENFORCEMENT; NIGHTTIME CONCEPTS, INC. *v.* PENNSYLVANIA STATE POLICE, BUREAU OF LIQUOR CONTROL ENFORCEMENT; and HOSPITALITY INVESTMENTS OF PHILADELPHIA, INC. *v.* PENNSYLVANIA STATE POLICE, BUREAU OF LIQUOR CONTROL ENFORCEMENT. Sup. Ct. Pa. Certiorari granted, judgments vacated, and case remanded for further consideration in light of *44 Liquormart, Inc.* v. *Rhode Island, ante,* p. 484.

No. 95–685. ANHEUSER-BUSCH, INC., ET AL. *v.* SCHMOKE, MAYOR OF BALTIMORE CITY, ET AL. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *44 Liquormart, Inc.* v. *Rhode Island, ante,* p. 484.

No. 95–1531. ST. LEDGER ET AL. *v.* KENTUCKY REVENUE CABINET ET AL. Sup. Ct. Ky. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Fulton Corp.* v. *Faulkner,* 516 U. S. 325 (1996).

No. A–874. TRONI ET UX. *v.* NYNEX ET AL. Bkrtcy. Ct. S. D. N. Y. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. A–892. IN RE TRONI ET UX. Bkrtcy. Ct. S. D. N. Y. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. D–1643. IN RE DISBARMENT OF STANLEY. Disbarment entered. [For earlier order herein, see 516 U. S. 1107.]

No. D–1653. IN RE DISBARMENT OF BASTINE. Disbarment entered. [For earlier order herein, see 516 U. S. 1108.]